

**ORDERED in the Southern District of Florida on June 12, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In Re:                                                                                  Case No. 15-19447-EPK
                                                                                              Chapter 7 proceeding
**DAVID ALAN GUERNSEY
KELLY LYNN GUERNSEY**

     Debtors.
_____/

<u>**ORDER GRANTING IN PART TRUSTEE'S MOTION TO COMPEL COMPLIANCE
WITH COURT ORDER, FOR CONTEMPT, AND FOR SANCTIONS
AND RESERVING JURISDICTION IN PART**</u>

    THIS MATTER came before the Court in West Palm Beach, Florida, on the 11th day of June, 2015 at 10:30 a.m. ("Hearing"), pursuant to Trustee's Motion to Compel Compliance with Court Order, For Contempt and for Sanctions [ECF#27] ("Motion").  The Court having heard argument of counsel, having noted that the Debtors have not complied with the Court Order , For Contempt and for Sanctions [ECF#27], and being otherwise fully advised in the premises, hereby

    **ORDERS AND ADJUDGES** as follows:

    1.    The Motion is **GRANTED** in part whereby the Debtors shall turnover to the Trustee, the GMC vehicle, keys and title to Auction America no later than next Wednesday, June 17, 2015.

22874855.2

2. No later than Wednesday, June 17, 2015 at 5:00 p.m., the Debtors shall turn over to the Trustee's office located at 525 Okeechobee Blvd., Suite 1570, West Palm Beach, Florida, 33401, all of the following documentation, unless it has already been turned over to the Trustee or does not exist:

(a) A copy of the purchase contract, registration and any documentation relied upon for purposes of valuing the Hartland recreational vehicle at $16,000.00 (along with proof of insurance);

(b) The most recent account statements for the IRA's and 403b accounts listed on Schedule B-12;

(c) The most recent tax return, general ledger or the past six (6) months, most recent profit and loss statement, and bank records for the past ninety (90) days for KHT Construction Services and Maintenance, Inc., listed on Schedule B-13;

(d) Any title or other evidence or ownership of the 2006 Open Trailer, including an explanation as to whether an boat or other vehicle or vessel is or has been attached to this trailer within the past two (2) years; and

(e). Any appraisals, listing contracts with the past year, and sale contracts within the last year for the real property at 12294 186th Street, N, Jupiter, Fl 33478.

3. The Court reserves jurisdiction to adjudicate the balance of the motion and conduct a continued hearing Thursday, June 18, 2015 at 10:30 a.m.at United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Fl 33401,

###

22874855.2

Submitted by:
Michael R. Bakst, Esq.
525 Okeechobee Blvd., Suite 1570
West Palm Beach FL 33401
Telephone: (561) 838-4523
Email: michael.bakst@gmlaw.com
emb

**Electronic Mail Notice List**

- Marcy E Abitz    marcy@abitzlawgroup.com, melissa@abitzlawgroup.com,joseph@abitzlawgroup.com
- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com;melissa.bird@gmlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

 [Michael R. Bakst, Esq. is directed to serve conformed copies of this order to the parties listed below and to file a certificate of service with the Court.]

**David Allan Guernsey**
**Kelly Lynn Guernsey**
12294 186 St N
Jupiter, FL 33478

22874855.2