

**ORDERED in the Southern District of Florida on June 19, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                      Case No. 15-19447-EPK

DAVID ALLAN GUERNSEY and                                Chapter 7
KELLY LYNN GUERNSEY,

     Debtors.
_____/

### ORDER DENYING MOTION AS MOOT

THIS MATTER came before the Court for hearing on June 18, 2015 upon the *Debtors' Emergency Motion to Continue Hearing* [ECF No. 31] (the "Motion") filed by the above-captioned debtors. The Court effectively granted the Motion prior to the hearing. Accordingly, it is ORDERED AND ADJUDGED that the Motion [ECF No. 31] is DENIED as moot.

###

Copies furnished to:

Marcy Abitz, Esq.

*Marcy Abitz, Esq. shall serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*

1